LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29993

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEAN R. KIMIMOTO CLERK, APPELLATE COURTS STATE OF HAWAII

2010 AUG 16 AM 7:54

FILED

STATE OF HAWAI'I, Plaintiff-Appellee, v.
MICHAEL C. TIERNEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0869)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Michael C. Tierney's August 4, 2010 Motion for Reconsideration En Banc, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration En Banc is denied.

DATED: Honolulu, Hawai'i, August 16, 2010.

Presiding Judge

Associate Judge

Associate Judge